## Exhibit A to the Complaint

**Location:** Rockville, MD  
**Total Works Infringed:** 26  
**IP Address:** 73.128.172.219  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4D55E274BBF2E7B057CD8A007B340B8F471F92C4<br>File Hash: AC2FEAEF2A7C9D68EEBA90ED8249FD890523B6C78D3E851E5876566907DA1A10 | 07-05-2021 18:06:32 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 2 | Info Hash: 6B7AFBC66F26085D7C1481004EFBF08404097D58<br>File Hash: 5370C5430308806127F943DBBFF09F1EDE55FDDEE805538951E37B67640DC422 | 06-19-2021 01:05:25 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 3 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 06-10-2021 03:26:11 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 4 | Info Hash: D0DA7FAA1A2C9A7CB4560846FE21B2CEA37501BC<br>File Hash: CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 06-10-2021 03:19:47 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 5 | Info Hash: C9B87F7FCE22F10DF65A45825E381968FFB29472<br>File Hash: 0FB9892C2F76FF3FBDD59906A779FD46CB167799C6056A0406EA24379398714F | 06-10-2021 03:15:05 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 6 | Info Hash: 6A92ED95AA76F89E27CFF587A77FFFDE83362E81<br>File Hash: 81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 05-29-2021 04:24:59 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 7 | Info Hash: A1E1A3C583B67DD01750FA4D4D932F440E49B6EF<br>File Hash: B6127B3C4433AB85FA51CB927297EE381F1B7FB19170BF1665D9B9A044551C5D | 05-29-2021 04:24:45 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 8 | Info Hash: B103DC0A7CBB5DA036563274CA5BA61E65EF822F<br>File Hash: 382280A5D367505B880A44810F2F6EDF4CE0BEB72B7FD8C0D59EE24938429AB6 | 05-21-2021 04:29:58 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 65A8F206141EB10A442866B90EFD0141195DDA20<br>File Hash: 3E9306A2DFC01C98D1F65460B38B737A728608CAFE5906A8C2983B26FE3CF077 | 05-20-2021 23:33:46 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 10 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash: 462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 05-09-2021 22:09:10 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 11 | Info Hash: D82FDB876FA61FBF5779B56DE254C06867BD82D4<br>File Hash: F5D43B4293E841C1705701B929D6246EC86EAF539F9CA169B5037A89C1ED85E4 | 04-29-2021 23:54:57 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 12 | Info Hash: 10CFDEE71E1144008E77108D4DE50A00ACF25AF5<br>File Hash: C8643F3B09F4EB4F78D54152D455D0D42EF8B6E46AD09044DAA324389CF994A4 | 04-26-2021 23:07:37 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 13 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 04-26-2021 17:37:43 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 14 | Info Hash: 29080348D67D4520FB2C9CCFD74735BA94B8638B<br>File Hash: 5D8F612B4054838868FD5D92942F25A2F7315107BB3AF70DC7E661A01EF24388 | 03-29-2021 14:00:29 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 15 | Info Hash: 4D354C5790D6AC9010DE3C8FCF304B9F166935E3<br>File Hash: 10227A09710D17B169E853A682617F8CD3D870AB779CC0CA33394064D305C7C3 | 03-26-2021 19:47:04 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 16 | Info Hash: E5A6E612E0C052ABEB93B81B989A930C9C4AD15F<br>File Hash: 64691131C0805D66464A070DC2CE8B65033CEF77C31EE6D5251D1979B37CB46D | 03-26-2021 00:49:21 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 17 | Info Hash: 205D3A9661157A480B0F42DA64F0505A35F0A479<br>File Hash: 86DA3C4E150C892D2E27331090C9F83BEDD90B836C4BA4C2A1A16E168BFEA92F | 03-17-2021 03:49:31 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: EB2F55053CBABCB544A4C56CFECBDB52C0A94BF3<br>File Hash: 2BB8B24F3B41E73E425075504E83A53C0D1E709F9916E6C7EA5671E2A27BE6AF | 03-11-2021 23:44:13 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 19 | Info Hash: F6163E51BBB7FC6F648A3A1DDF21C7DAA8BAD96F<br>File Hash: 5A570A2E224189E70FAAA309F8F796A44C11D823ADA829737C859B18B5CAE08D | 03-05-2021 17:00:59 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 20 | Info Hash: E5C15430C8AACA23BED9FD786F87D71C744F3718<br>File Hash: 5488813047B48866EE04408EDF1F2A53DE6FF80DA9ACA4913D58B7DF065F1813 | 02-10-2021 04:24:44 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 21 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11-30-2020 04:12:15 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 22 | Info Hash: 0A9EF185B223767F424C05305222E7F14C10C734<br>File Hash: F949F9F17DF3AA3250701D1C97A6109FC5A82305A137E17785F82FD1E2C0F588 | 11-20-2020 23:19:39 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 23 | Info Hash: ABC0C195E2BBF84F587F37AF7EB8F746860EE8AB<br>File Hash: D9789C10F5472D6DB4B2A8D9F8CD8E0A7C7087FA1FF2A83B2F39ADC6D3A0B691 | 11-20-2020 22:57:27 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 24 | Info Hash: 552E9626096594C121A34BF2254274800177A1CA<br>File Hash: 6D1772B46B0B5AD91B7C753C1D8C1EA82E8886803D5CB64B14E7EC165BD32490 | 10-26-2020 22:56:33 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 25 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 10-26-2020 22:56:33 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 26 | Info Hash: A53FA062B2CFF2ED2F8BEF21F38801F5D6E8E809<br>File Hash: 991BC247E585039BF1D0618EBE300F710A294F7148138A213C886DE7C52512BA | 10-26-2020 22:54:51 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |